FILED
MAY 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SCOTT THOMPSON,<br><br>*Defendant.* | Case: 1:07-mc-00241<br>Assigned To : Leon, Richard J.<br>Assign. Date : 5/29/2007<br>Description: MISC.<br><br>THE WILLIAMS COMPANIES, INC.'S EMERGENCY MOTION FOR TIME TO FILE AN APPLICATION FOR RELIEF PURSUANT TO LCrR 57.6 |

### THE WILLIAMS COMPANIES, INC.'S EMERGENCY MOTION FOR TIME TO FILE AN APPLICATION FOR RELIEF PURSUANT TO LCrR 57.6 IN UNITED STATES v. SCOTT THOMPSON (1:06-cr-00288-RJL-1)

F. Joseph Warin (D.C. Bar No. 235978)
Peter E. Jaffe (D.C. Bar No. 460608)
Andrew S. Boutros (D.C. Bar No. 474451)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for The Williams Companies, Inc.*

### EMERGENCY MOTION FOR TIME TO FILE AN
### APPLICATION FOR RELIEF PURSUANT TO LCrR 57.6

The Williams Companies, Inc. and the Williams Power Company, Inc. (formerly, Williams Energy Marketing & Trading Company) (hereinafter collectively "Williams"), through counsel, hereby respectfully move this Court for an order granting Williams until June 7, 2007 to file an Application for Relief pursuant to Local Rule 57.6 of the Rules of Criminal Procedure of the United States District Court for the District of Columbia in connection with the criminal case of United States v. Scott Thompson (1:06-cr-00288-RJL-1) before the Honorable Judge Richard J. Leon. Williams further requests that this Court delay ruling on Defendant Scott Thompson's *Motion to Compel Government's Disclosure of Materials Voluntarily Disclosed to It by The Williams Companies, Inc.* until the Court has had an opportunity to consider Williams' Application for Relief.

### STATEMENT OF INTEREST

Williams has an interest in certain discovery proceedings now pending before the Court in the above-referenced criminal case. Specifically, Defendant Scott Thompson, a former employee of Williams, seeks to compel the United States to provide him with materials in the possession of the United States that are protected by Williams' attorney-client and work product privileges. Williams provided these materials to the United States during the course of the federal government's investigation into false reporting of natural gas. The privileged, work product materials at issue are not subject to waiver.

Defendant has suggested that the United States may not have "standing to resist Defendant's motion on the basis of Williams' privileges." Defendant's Brief at 2 n.1 (emphasis removed). Williams has a vital interest in ensuring that its protections under the attorney-client

and work product privileges are not adversely impacted by the discovery proceedings now before this Court and seeks to assert its rights with respect to the materials in dispute.

## PRAYER FOR RELIEF

Wherefore, Williams respectfully requests that it be granted until June 7, 2007 to file an Application for Relief pursuant to Local Rule 57.6 of the Rules of Criminal Procedure of the United States District Court for the District of Columbia. Moreover, Williams requests that this Court delay ruling on Defendant Scott Thompson's *Motion to Compel Government's Disclosure of Materials Voluntarily Disclosed to It by The Williams Companies, Inc.* until the Court has had an opportunity to consider Williams' Application for Relief. A proposed order is attached.

Respectfully submitted,

_____
F. Joseph Warin (D.C. Bar No. 235978)
Peter E. Jaffe (D.C. Bar No. 460608)
Andrew S. Boutros (D.C. Bar No. 474451)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for The Williams Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2007 I caused a copy of the foregoing Emergency Motion for Time to File an Application for Relief Pursuant to LCrR 57.6 to be delivered by facsimile and first class mail to the following counsel:

Philip T. Inglima, Esq.
Adrian D. Mebane, Esq.
Ann M. Mason, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Counsel for Scott Thompson*

Robertson Park, Assistant Chief
Amanda L. Riedel, Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
10th & Constitution Avenue, N.W.
Bond Building, 4th Floor
Washington, D.C. 20530
*Counsel for the United States of America*

Andrew S. Boutros
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500