UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES | ) ) ) ) |
| v. | Misc. Case No. 07-241-RJL ) Criminal Case No. 06-288 (RJL) ) |
| SCOTT THOMPSON | ) ) ) |
| The Williams Companies, Inc., Movant | ) |

### ORDER

(June 9th, 2008) [#13]

Before the Court is defendant's motion to compel the production of certain materials disclosed to the Government by third party The Williams Companies, Inc. ("Williams"). Upon consideration of the motion to compel, the Government's response, Williams' application for relief (07-mc-241), and the entire record, it is hereby

**ORDERED** that defendant's motion is GRANTED, and it is further

**ORDERED** that the Government shall produce to defendant all materials disclosed to the Government by Williams pursuant to Williams' cooperation with the federal investigations that resulted, ultimately, in the indictment of the defendant, Scott Thompson.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge