# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>SCOTT THOMPSON,<br><br>*Defendant*. | Miscellaneous Docket No.: 1:07-mc-00241-RJL<br><br>THE WILLIAMS COMPANIES, INC.'S EMERGENCY MOTION TO STAY THE COURT'S JUNE 10 AND JUNE 24 DISCOVERY ORDERS |

### THE WILLIAMS COMPANIES, INC.'S EMERGENCY MOTION
### TO STAY THE COURT'S JUNE 10 AND JUNE 24 DISCOVERY ORDERS
### IN <u>*UNITED STATES v. SCOTT THOMPSON* (1:06-cr-00288-RJL-1; 1:07-mc-00241-RJL)</u>

F. Joseph Warin (D.C. Bar No. 235978)
  *Counsel of Record*
Peter E. Jaffe
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539

*Attorneys for The Williams Companies, Inc. and Williams Power Company, Inc.*

The Williams Companies, Inc. and the Williams Power Company, Inc. (formerly, Williams Energy Marketing & Trading Company) (hereinafter collectively referred to as "Williams"), by and through counsel, hereby submit this Emergency Motion to Stay the Court's June 10 and June 24 Discovery Orders, granting Defendant Scott Thompson's "Motion to Compel the Government's Disclosure of Material Voluntarily Disclosed to it by The Williams Companies, Inc.," in *United States v. Scott Thompson* (1:06-cr-00288-RJL-1), and denying Williams' Application for Relief Pursuant to LCrR 57.6, in this related miscellaneous action (1:07-mc-00241-RJL).

## ARGUMENT

On May 4, 2007, in connection with his prosecution on criminal conspiracy charges, Defendant Scott Thompson filed a motion to compel the Government to produce certain documents, including attorney notes, data analyses, and presentations, that the Government obtained from Williams pursuant to its earlier investigation of Williams' gas and energy trading practices.  On June 7, 2007, Williams, a non-party to Thompson's criminal case, filed an application pursuant to Local Rule of Criminal Procedure 57.6 in this miscellaneous action.  In that application, Williams opposed Defendant's motion to compel, on the basis that the documents were protected by the attorney-client privilege and work product protection and that Williams had not waived those protections by involuntarily disclosing those materials to the Government.

On June 9, 2008, this Court granted Defendant's motion to compel in the criminal case (1:06-cr-00288-RJL-1) ("June 9 Order").[1]  The June 9 Order effectively denied Williams'

---

[1] Although the Order is dated June 9, 2008, it was not docketed in 1:06-cr-00288-RJL-1 until June 10.

application for relief in the miscellaneous action. Williams, however, was not served with a copy of the June 9 Order. Notably, the Order was not docketed in this miscellaneous action (1:06-cr-00288-RJL-1) until today, June 24.

In the meantime, Williams understands that the Government has already begun to produce documents that are subject to Defendant's motion to compel. Williams has not consented to this production, and indeed has notified the United States that it intends to exercise its right to appeal the Court's decision denying its application for relief in this action. Williams has a strong interest in preventing discovery of these highly sensitive and privileged materials.

For example, the documents sought by Defendant include notes of confidential interviews conducted by Williams' attorneys of Williams employees, which are both privileged attorney-client communications and "core" attorney work product. *See Hickman v. Taylor*, 329 U.S. 495, 510-11 (1947); *Cobell v. Norton*, 213 F.R.D. 69, 77 (D.D.C. 2003). The documents also include certain analyses and reports of natural-gas data drawn from Williams' gas-transaction databases, at the direction of company counsel, for the purpose of providing legal advice. These documents likewise are privileged and work product protected. *See Upjohn Co. v. United States*, 449 U.S. 383, 390 (1981); *Rockwell Int'l Corp. v. Dep't of Justice*, 235 F.3d 598, 604-05 (D.C. Cir. 2001). The attorney-client privilege and work product protection likewise apply to presentations delivered by Williams and its attorneys to federal prosecutors, which contain the opinions of the company and its counsel.

Any further disclosure of Williams' privileged information pending appeal would cause Williams irreparable harm. Williams therefore requests that the Court stay execution of its June 10 and June 24 Orders pending resolution of Williams' appeal.

## **CONCLUSION**

Based on the foregoing and for such other reasons as the Court may deem appropriate, Williams' Motion to Stay should be granted.

                                                   Respectfully Submitted,

Dated: June 24, 2008                                     /s/ F. Joseph Warin
                                                 F. Joseph Warin (D.C. Bar No. 235978)
                                                     *Counsel of Record*
                                                 Peter E. Jaffe

                                               GIBSON, DUNN & CRUTCHER LLP
                                               1050 Connecticut Avenue, N.W.
                                               Washington, DC  20036
                                               Telephone:  (202) 955-8500
                                               Facsimile:  (202) 467-0539

                                               *Attorneys for The Williams Companies, Inc.*
                                               *and Williams Power Company, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2008 I caused a copy of the foregoing Emergency Motion to Stay the Court's June 10 and June 24 Discovery Orders, to be delivered by e-mail and first-class mail to the following counsel:

| | |
|---|---|
| Philip T. Inglima, Esq. | Robertson Park, Assistant Chief |
| Adrian D. Mebane, Esq. | Amanda L. Riedel, Trial Attorney |
| Ann M. Mason, Esq. | Criminal Division |
| CROWELL & MORING LLP | United States Department of Justice |
| 1001 Pennsylvania Avenue, N.W. | Bond Building |
| Washington, D.C. 20004 | 1400 New York Avenue, N.W. |
| *Counsel for Scott Thompson* | Washington, D.C. 20005 |
| | *Counsel for the United States of America* |

　　　　　　　　　　　　　　　　　　　/s/  F. Joseph Warin
　　　　　　　　　　　　　　　　　　　F. Joseph Warin
　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　　1050 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　(202) 955-8500