# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     v.<br><br>SCOTT THOMPSON,<br><br>*Defendant*. | Miscellaneous Docket No.: 1:07-mc-00241-RJL<br><br>THE WILLIAMS COMPANIES, INC.'S MOTION FOR A CONTINUANCE |

**THE WILLIAMS COMPANIES, INC.'S MOTION FOR A CONTINUANCE**

F. Joseph Warin (D.C. Bar No. 235978)
   *Counsel of Record*
Peter E. Jaffe
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539

*Attorneys for The Williams Companies, Inc. and Williams Power Company, Inc.*

The Williams Companies, Inc. and the Williams Power Company, Inc. (formerly, Williams Energy Marketing & Trading Company) (hereinafter collectively referred to as "Williams"), by and through counsel, hereby submit this motion for a continuance of the motion hearing currently scheduled for 10:00 AM on July 3, 2008.

At its status conference on June 26, 2008, this Court scheduled a motion hearing for next Thursday, July 3, at 10:00 AM, on Williams' motion for a stay of this Court's June 10 and June 24 discovery orders denying Williams' application for relief in this action. While we appreciate the Court's interest in prompt resolution of this motion, the two lead attorneys who are most familiar with this matter—F. Joseph Warin and Peter E. Jaffe—will be out of town that day. We therefore respectfully request a continuance of one business day. Counsel would be able to appear as early as the following day that court is in session (Monday, July 7) or any day that week that is convenient.

Pursuant to Local Rule of Civil Procedure 7(m), counsel for Williams has contacted counsel for the defendant, Philip T. Inglima, and he does not oppose this motion. Counsel attempted to contact Robertson Park, counsel for the United States, but was unable to reach him.

Respectfully Submitted,

Dated: June 27, 2008

/s/ F. Joseph Warin
F. Joseph Warin (D.C. Bar No. 235978)
  *Counsel of Record*
Peter E. Jaffe

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539

*Attorneys for The Williams Companies, Inc. and Williams Power Company, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2008 I caused a copy of the foregoing Motion for a Continuance, to be delivered by e-mail to the following counsel:

| | |
|---|---|
| Philip T. Inglima, Esq. | Robertson Park, Assistant Chief |
| Adrian D. Mebane, Esq. | Amanda L. Riedel, Trial Attorney |
| Ann M. Mason, Esq. | Criminal Division |
| CROWELL & MORING LLP | United States Department of Justice |
| 1001 Pennsylvania Avenue, N.W. | Bond Building |
| Washington, D.C. 20004 | 1400 New York Avenue, N.W. |
| *Counsel for Scott Thompson* | Washington, D.C. 20005 |
| | *Counsel for the United States of America* |

    /s/  F. Joseph Warin
F. Joseph Warin
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500