**FILED**
JUN 30 2008
Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SCOTT THOMPSON,<br><br>*Defendant.* | Miscellaneous Docket No.: 1:07-mc-00241-RJL<br><br>THE WILLIAMS COMPANIES, INC.'S NOTICE OF APPEAL |

**THE WILLIAMS COMPANIES, INC.'S NOTICE OF APPEAL**

Notice is hereby given this 30th day of June, 2008, that The Williams Companies, Inc. and the Williams Power Company, Inc. (formerly, Williams Energy Marketing & Trading Company) (hereinafter collectively referred to as "Williams"), by and through counsel, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 24th day of June, 2008, in favor of Defendant Scott Thompson, denying Williams' Application for Relief Pursuant to LCrR 57.6 in *United States v. Scott Thompson* (1:06-cr-00288-RJL-1).

Respectfully Submitted,

Dated: June 30, 2008

F. Joseph Warin (D.C. Bar No. 235978)
  *Counsel of Record*
Peter E. Jaffe

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Attorneys for The Williams Companies, Inc. and Williams Power Company, Inc.*

Fee Pd
$455.00

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2008 I caused a copy of the foregoing Notice of Appeal, to be delivered by e-mail and overnight commercial carrier to the following counsel:

Philip T. Inglima, Esq.
Adrian D. Mebane, Esq.
Ann M. Mason, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Counsel for Scott Thompson*

Robertson Park, Assistant Chief
Amanda L. Riedel, Trial Attorney
Criminal Division
United States Department of Justice
Bond Building
1400 New York Avenue, N.W.
Washington, D.C. 20005
*Counsel for the United States of America*

_____
Thomas M. Johnson, Jr.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500