IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SCOTT THOMPSON<br><br>*Defendant.* | Miscellaneous Docket No.: 1:07-mc-00241-RJL<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

### MOTION FOR ADMISSION PRO HAC VICE TO THE BAR OF THE UNITED STATES DISTRICT COURT

Pursuant to Rule LCvR 83.2 of this Court, F. Joseph Warin, Esq., a member of the Bar of this Court, moves the admission of Peter Edward Jaffe, Esq., located at the offices of Gibson Dunn & Crutcher, 1050 Connecticut Avenue, N.W., Washington, D.C., 20036, (202) 955-8500, to appear *pro hac vice* in the above-captioned proceeding as counsel for applicants The Williams Companies, Inc. and the Williams Power Company, Inc. (collectively "Williams"). Movant and the proposed admittee respectfully certify as follows:

(1) The proposed admittee is a member in good standing of the Bar(s) of the District of Columbia.

(2) During the two years immediately preceding the filing of this motion, the proposed admittee has not been admitted *pro hac vice* to this Court.

(3) The proposed admittee has never been disbarred, suspended, or denied admission to practice.

(4) The proposed admittee does engage in the practice of law from an office located in the District of Columbia, is a member of the District of Columbia Bar and does not have an application for membership pending.

(5) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

(6) Co-counsel for the proposed admittee in this proceeding will be the undersigned, F. Joseph Warin, *Esq.*, who has been formally admitted to the bar of this Court.

Pursuant to Local Rule of Civil Procedure 7(m), counsel for Williams has contacted counsel for the defendant, Philip T. Inglima, and counsel for the United States, Robertson Park, and both have consented to this motion.

Respectfully submitted,

| **MOVANT:** | **PROPOSED ADMITTEE:** |
|---|---|
| /s/ F. Joseph Warin | Peter Jaffe / TMJ |
| Signature | Signature |
| | |
| F. Joseph Warin (D.C. Bar No. 235978) | Peter Jaffe (D.C. Bar No. 460608) |
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 1050 Connecticut Avenue N.W. | 1050 Connecticut Avenue N.W. |
| Washington, D.C. 20036 | Washington, D.C. 20036 |
| Telephone: (202) 955-8500 | Telephone: (202) 955-8500 |
| Facsimile: (202) 467-0539 | Facsimile: (202) 467-0539 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SCOTT THOMPSON<br><br>*Defendant*. | Miscellaneous Docket No.: 1:07-mc-00241-RJL<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

## PROPOSED ORDER

Williams' Motion for Admission Pro Hac Vice to the Bar of the United States District Court for the District of Columbia on behalf of Peter E. Jaffe, Esq., is hereby GRANTED.

Dated: July __, 2008

_____
The Honorable Richard J. Leon

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 3, 2008 I caused a copy of the foregoing Motion for Admission Pro Hac Vice to the United States District Court for the District of Columbia, to be delivered by e-mail to the following counsel:

| | |
|---|---|
| Philip T. Inglima, Esq.<br>Adrian D. Mebane, Esq.<br>Ann M. Mason, Esq.<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>*Counsel for Scott Thompson* | Robertson Park, Assistant Chief<br>Amanda L. Riedel, Trial Attorney<br>Criminal Division<br>United States Department of Justice<br>Bond Building<br>1400 New York Avenue, N.W.<br>Washington, D.C. 20005<br>*Counsel for the United States of America* |

      /s/ F. Joseph Warin
      F. Joseph Warin
      GIBSON, DUNN & CRUTCHER LLP
      1050 Connecticut Avenue, N.W.
      Washington, D.C. 20036
      (202) 955-8500