# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SCOTT THOMPSON,<br><br>*Defendant*. | Miscellaneous Docket No.: 1:07-mc-00241-RJL<br><br>THE WILLIAMS COMPANIES, INC.'S MOTION FOR LEAVE TO FILE A REPLY BRIEF |

## THE WILLIAMS COMPANIES, INC.'S MOTION FOR
## LEAVE TO FILE A REPLY BRIEF

F. Joseph Warin (D.C. Bar No. 235978)
  *Counsel of Record*
Peter E. Jaffe (D.C. Bar No. 460608)
(admission *pro hac vice* pending)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Attorneys for The Williams Companies, Inc. and Williams Power Company, Inc.*

The Williams Companies, Inc. and the Williams Power Company, Inc. (formerly, Williams Energy Marketing & Trading Company), by and through counsel, hereby submit this motion for leave to file a reply brief in further support of its motion for a stay of this Court's June 10 and June 24 Orders pending appeal.

On June 26, 2008, this Court established a briefing schedule in connection with Williams' Motion to Stay The Court's June 10 and June 24 Discovery Orders.  Although this briefing schedule did not specifically contemplate that Williams could file a reply brief, Williams believes that such a brief could be useful to the Court in deciding the issues that will be raised at the July 8 hearing on Williams' motion and is consistent with the Federal Rules of Civil Procedure and the Local Rules of the District Court for the District of Columbia.

                Respectfully Submitted,

Dated:  July 8, 2008                      /s/ F. Joseph Warin
                F. Joseph Warin (D.C. Bar No. 235978)
                  *Counsel of Record*
                Peter E. Jaffe (D.C. Bar No. 460608)
                (admission *pro hac vice* pending)

                GIBSON, DUNN & CRUTCHER LLP
                1050 Connecticut Avenue, N.W.
                Washington, DC  20036
                Telephone:  (202) 955-8500
                Facsimile:  (202) 467-0539

                *Attorneys for The Williams Companies, Inc.*
                *and Williams Power Company, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2008 I caused a copy of the foregoing Motion for Leave to File a Reply Brief, to be delivered by e-mail to the following counsel:

| | |
|---|---|
| Philip T. Inglima, Esq.<br>Adrian D. Mebane, Esq.<br>Ann M. Mason, Esq.<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>*Counsel for Scott Thompson* | Robertson Park, Assistant Chief<br>Amanda L. Riedel, Trial Attorney<br>Criminal Division<br>United States Department of Justice<br>Bond Building<br>1400 New York Avenue, N.W.<br>Washington, D.C. 20005<br>*Counsel for the United States of America* |

      /s/ F. Joseph Warin
      F. Joseph Warin
      GIBSON, DUNN & CRUTCHER LLP
      1050 Connecticut Avenue, N.W.
      Washington, D.C. 20036
      (202) 955-8500