# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5203**                                              September Term 2007

1:07-mc-00241-RJL

Filed On: July 9, 2008

United States of America,

    Appellee

The Williams Companies, Inc.,

    Appellant

    v.

Scott Thompson,

    Appellee

    **BEFORE:**    Rogers and Garland, Circuit Judges

### O R D E R

    Upon consideration of appellant's emergency motion for stay pending expedited appeal or petition for writ of mandamus, and petition for immediate administrative stay, it is

    **ORDERED** that the district court's order filed June 10, 2008, be stayed pending further order of the court.  The purpose of this administrative stay is to give the court sufficient opportunity to consider the merits of the emergency motion for stay pending expedited appeal or petition for writ of mandamus, and should not be construed in any way as a ruling on the merits of that motion.  See D.C. Circuit Handbook of Practice and Internal Procedures 32 (2007).

**Per Curiam**