# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SCOTT THOMPSON,<br><br>*Defendant*. | Miscellaneous Docket No.: 1:07-mc-00241-RJL |

## NOTICE OF FILING TRANSCRIPT ORDER

Please take notice that The Williams Companies, Inc. and Williams Power Company, Inc. (collectively, "Williams"), hereby file copies of transcript order invoices relating to its pending appeal.

Respectfully Submitted,

Dated: July 17, 2008

/s/ F. Joseph Warin
F. Joseph Warin (D.C. Bar No. 235978)
  *Counsel of Record*
Peter E. Jaffe (D.C. Bar No. 460608)
(admitted *pro hac vice*)

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539

*Attorneys for The Williams Companies, Inc.*
*and Williams Power Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008 I caused a copy of the foregoing Notice of Filing Transcript Order, to be delivered by e-mail and overnight commercial carrier to the following counsel:

| | |
|---|---|
| Philip T. Inglima, Esq. | Robertson Park, Assistant Chief |
| Adrian D. Mebane, Esq. | Amanda L. Riedel, Trial Attorney |
| Ann M. Mason, Esq. | Criminal Division |
| CROWELL & MORING LLP | United States Department of Justice |
| 1001 Pennsylvania Avenue, N.W. | Bond Building |
| Washington, D.C. 20004 | 1400 New York Avenue, N.W. |
| *Counsel for Scott Thompson* | Washington, D.C. 20005 |
| | *Counsel for the United States of America* |

                                      /s/ F. Joseph Warin
                                      F. Joseph Warin
                                      GIBSON, DUNN & CRUTCHER LLP
                                      1050 Connecticut Avenue, N.W.
                                      Washington, D.C. 20036
                                      (202) 955-8500

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INVOICE NO: 20030754

**MAKE CHECKS PAYABLE TO:**

Joseph Warin
Gibson Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Phone:

PATTY GELS, RMR, FCRR
Official Court Reporter
333 Constitution Avenue, N.W.
Room 4800-C
Washington, DC 20001

Phone: (202) 962-0200
FAX: (202) 962-0200
Tax ID:
artripgels@verizon.net

☐ CRIMINAL    [X] CIVIL    DATE ORDERED: 07-03-2007    DATE DELIVERED: 07-10-2007

**Case Style:** CV06-288, USA v Scott Thompson

```
To transcript of the Motion Hearing held on 6/22/07 before the Honorable
Richard J. Leon
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 36 | 4.40 | 158.40 | 36 | 0.83 | 29.88 | | | | 188.28 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 188.28 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| Date Paid: | | Amt: | | | | | TOTAL DUE: | | | $188.28 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                                     DATE  07-10-2007

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

| AO 44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA |
|---|---|

INVOICE NO: 20020998

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Thomas Johnson<br>Gibson, Dunn & Crutcher, LLP<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036-5306<br><br>Phone: (202) 887-3781<br><br>*Tjohnson@gibsondunn.com* | Bryan A. Wayne<br>Official Court Reporter<br>U.S. Courthouse, Room 6714<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001<br><br>Phone: (202) 354-3186<br>FAX   (202) 289-8464<br><br>*bryanawayne@verizon.net* |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 07-10-2008 | DATE DELIVERED: 07-17-2008 |
|---|---|---|---|

**Case Style:** MC 07-0241, United States v Tom Johnson
Transcript of 6/26/08 status hearing before Judge Leon

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 17 | 4.25 | 72.25 | | | | | | | 72.25 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 72.25 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:**          **Amt:** | TOTAL DUE: | $72.25 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory Pro trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INVOICE NO: 20031002

**MAKE CHECKS PAYABLE TO:**

Thomas Johnson
Gibson Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Phone:

PATTY GELS, RMR, FCRR
Official Court Reporter
333 Constitution Avenue, N.W.
Room 4700-A
Washington, DC 20001

Phone:   (202) 962-0200
FAX      (202) 962-0200
Tax ID:
*artripgels@verizon.net*

[x] CRIMINAL   [ ] CIVIL

DATE ORDERED: 07-10-2008

DATE DELIVERED: 07-11-2008

**Case Style:** CR06-288, MC07-241, USA v Scott Thompson

```
To Transcript of the Motion Hearing held on July8, 2008 before the
Honorable Richard J. Leon
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 34 | 6.05 | 205.70 | 34 | 1.20 | 40.80 | | | | 246.50 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 246.50 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| **Date Paid:**   **Amt:**   TOTAL DUE: | $246.50 |

ADDITIONAL INFORMATION
    Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
    I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

DATE   07-11-2008

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com