# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5203**                                  September Term 2007

1:07-mc-00241-RJL

**Filed On:** August 20, 2008

United States of America,

    Appellee

The Williams Companies, Inc. and Williams
Power Company Inc.,

    Appellants

    v.

Scott Thompson,

    Appellee

    **BEFORE:**    Randolph, Brown, and Kavanaugh, Circuit Judges

### O R D E R

Upon consideration of the emergency motion for stay pending expedited appeal or petition for writ of mandamus, the opposition thereto, and the reply; and the motion to dismiss or for summary affirmance and the opposition thereto, it is

    **ORDERED** that the administrative stay be dissolved. It is

    **FURTHER ORDERED** that the motion for stay be granted. Appellant has satisfied the stringent standards required for a stay pending court review. See Washington Metro. Area Transit Comm'n v. Holiday Tours, Inc., 559 F.2d 841, 843 (D.C. Cir. 1977); D.C. Circuit Handbook of Practice and Internal Procedures 32-33 (2007). It is

    **FURTHER ORDERED** that the motion for summary affirmance be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). It is

    **FURTHER ORDERED** that the motion to dismiss and the petition for writ of mandamus be referred to the merits panel to which this appeal is assigned. The parties are directed to address in their briefs the issues presented in the motion to dismiss and

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5203**                                    **September Term 2007**

---

petition for writ of mandamus rather than incorporate those arguments by reference. It is

    **FURTHER ORDERED** that the request for expedited appeal be granted. The following briefing schedule shall apply:

    Brief and Appendix for Appellant. . . . . . . . . . . . . September 10, 2008

    Brief for Appellee . . . . . . . . . . . . . . . . . . . . . . . . .October 10, 2008

    Reply Brief for Appellant . . . . . . . . . . . . . . . . . . . .October 20, 2008

    The Clerk is directed to schedule this case for oral argument on the earliest available date following the completion of briefing.

**Per Curiam**

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                       BY:   /s/
                              Elizabeth V. Scott
                              Deputy Clerk/LD